178 F.3d 1278
 Pens. Plan Guide (CCH) P 23954M
Harry Burns, Joyce Stauffer, Betty Remington, Linda Sears
v.
Corning Incorporated, Corning Incorporated Pension Plan For
Salaried Employees, Pension Committees of Corning
Incorporated Pension Plan For Salaried Employees, Corning
Incorporated Pension Plan For Hourly Employees, Pension
Committee of Corning Incorporated Pension Plan For Hourly Employees
 NO. 98-3527
 United States Court of Appeals,
Third Circuit.
 March 09, 1999
 Appeal From: W.D.Pa. ,No.96cv000900e
 
 1
 Affirmed.